United States District Court
Southern District of Texas
**ENTERED**
April 12, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA MARTINEZ, INDIVIDUALLY | § | |
| AND AS NEXT FRIEND OF J.M. | § | |
| | § | |
| | § | CIVIL ACTION NO. 21-00007 |
| VS. | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | DEFENDANT DEMANDS A JURY |

---

### AGREED FINAL JUDGMENT

---

BE IT REMEMBERED that on this day came to be heard the above entitled and numbered cause, wherein Plaintiff, MARIA MARTINEZ, INDIVIDUALLY AND A/N/F OF J.M., A MINOR ("Plaintiff"), Defendant, WAL-MART STORES TEXAS, LLC ("Defendant"), and the Guardian Ad Litem, THELMA ELIZALDE, (collectively the "Parties") appeared, and by and through counsel of record announced ready for trial, waiving trial by jury, and submitted all matters, both of fact and law, to the Court, without the intervention of a jury.

WHEREUPON, all parties, including the Guardian Ad Litem, announced in open court that all claims and causes of action which have been asserted, or which could have been asserted herein, against Defendant, or any other person, firm, corporation or insurance company, by reason of the matters and things complained of herein, have been compromised and settled, subject to the approval of the Court and, as such, the parties requested the Court to hear evidence and approve the settlement.

And such agreement having been made known to the Court, the Court proceeded to hear evidence, and is of the opinion from the evidence heard that the liability of the Defendant is of a

disputed nature, and that such settlement is fair and just and in the best interest of J.M., a Minor

Child.

THEREFORE, the Court hereby **ORDERS** and **DECREES** that Plaintiffs recover from

Defendant the sum of TEN THOUSAND DOLLARS and NO CENTS ($10,000.00), to be paid as

follows:

$    **3,000.00**    to medical providers of Plaintiff J.M., a Minor, as listed
below:

$    **700.00**    to First Choice Accident;

$    **1,600.00**    to Memorial MRI;

$    **400.00**    to Celebrity Spine and Joint; and

$    **300.00**    to Pro Health;

$    **3,425.00**    to Basu Law Firm, PLLC; and

$    **3,575.00**    to Clerk, U.S. District Court for the benefit of J.M.,
a Minor.

Thelma Elizalde, as Court appointed Guardian Ad Litem of the minor, J.M., is hereby

directed, authorized and empowered to execute such releases and other ancillary documents

reasonably required by Defendant and/or its insurance carrier to effectuate the settlement.

Upon making and receipt of all of the payments above directed in compliance with this

order, as well as the assignment to Assignee as set forth above, the Defendant shall be discharged

from any and all responsibility as to the causes of action set forth in this action.

It is further **ORDERED** that Thelma Elizalde, an attorney licensed to practice in the State of

Texas, has been appointed Guardian Ad Litem for the minor herein and is compensated for

representation of the said minor with the just and reasonable sum of **$2,015.00**  paid directly to

Thelma Elizalde, by Defendant.

It is further **ORDERED** that the taxable costs of this proceeding, and any attorney's fees as between Plaintiffs and Defendant are taxed against the party incurring the same and no further obligation existing, let no execution issue.

It is further **ORDERED** that this judgment includes all parties and claims, whether known or unknown, for alleged injuries arising out of the occurrence on May 28, 2019 at Walmart Store No. 1137, located in Houston, Texas.

It is further **ORDERED** that any and all of Plaintiff's claims against Defendant WAL-MART STORES TEXAS, LLC, are hereby dismissed with prejudice.

SIGNED this 9th day of April, 2021.

_____

HONORABLE ALFRED H. BENNETT

**APPROVED AS TO FORM AND SUBSTANCE, ENTRY REQUESTED:**


**BASU LAW FIRM, PLLC**

*/s/ Annie Basu* – by permission
_____
ANNIE BASU
State Bar No. 24047858
JORDAN SLOANE
State Bar No. 24118537
P.O. Box 550496
Houston, Texas 77255-0496
Tel: (713) 460-2673
Fax: (713) 690-1508
info@basulaw.com

ATTORNEY FOR PLAINTIFF,
MARIA MARTINEZ, INDIVIDUALLY
AND A/N/F OF J.M., A MINOR



**BUSH & RAMIREZ, PLLC**

/s/ *Ciara Perritano*
_____
JOHN A. RAMIREZ
State Bar No. 00798450
CIARA PERRITANO
State Bar No. 24096440
Federal Bar No. 3530917
5615 Kirby Drive
Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
jramirez.atty@bushramirez.com
cperritano.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT,
WALMART STORES TEXAS, LLC

**LAW OFFICE OF THELMA ELIZALDE**

*/s/ Thelma Elizalde* – by permission
_____
THELMA ELIZALDE
State Bar No.  06512370
Federal Bar No. 8411
835 Yale Street
Houston, Texas 77007
Telephone: (713) 802-0060
Facsimile: (713) 802-0070
telizalde@aol.com

GUARDIAN AD LITEM FOR MINOR, J.M.